UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | No. 25-MJ-175 (MJS) |
| | : | |
| **LORENZO GREENE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for defendant Lorenzo Greene respectfully file this joint motion to continue the preliminary hearing scheduled for September 10, 2025, to the afternoon of September 23, 2025, or to a later date that is convenient for the Court and both parties. The government is preparing to provide initial discovery to the defense, and the parties anticipate discussing a resolution in advance of a preliminary hearing.

The parties consent to a continuance so that the defense can review discovery and the parties can work to reach an early resolution to the case. Additionally, both parties do not oppose the exclusion of time under the Speedy Trial Act, including the time limit for an indictment prescribed by 18 U.S.C. § 3161(b), until the new preliminary hearing date. Such an exclusion is in the interest of justice as the government provides and the defense reviews discovery and so the parties can explore a resolution to this case.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/Jolie F. Zimmerman*
JOLIE F. ZIMMERMAN

D.C. Bar No. 465110
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Jolie.Zimmerman@usdoj.gov
Telephone: (202) 252-7220

*/s/Mary Petras*
MARY PETRAS
Counsel for Defendant Lorenzo Green
Federal Public Defender
625 Indiana Avenue, NW, #550
Washington, DC 20004

2